IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 01-10313
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROSE MARY AUBREY, also known as Rose,

Defendant-Appellant.


_____

Appeal from the United States District Court
For the Northern District of Texas
_____

(USDC No. 3:00-CR-311-1-P)
July 11, 2002


Before HIGGINBOTHAM, JONES, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  *See* 5TH CIR. R. 47.6.

_____

   [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.